**FILED**

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0518

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-23-0518

IN RE THE PARENTING OF S.J.G.,

Minor child,

TREY CHANDLER GRILLEY,

Petitioner/Appellant,

and

MELISSA ADARA GREENE,

Respondent/Appellee.

**ORDER GRANTING MOTION TO DISMISS**

Upon consideration of Appellant's Motion to Voluntarily Dismiss Appeal, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Trey Grilley's Motion to Voluntarily Dismiss Appeal is granted. This matter is dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2023